## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

SELMA YADIRA PADILLA MATEO       CASE NO.  3:26-CV-00475 SEC P

VERSUS       JUDGE TERRY A. DOUGHTY

WARDEN RICHMOND       MAGISTRATE JUDGE CAROL B.
CORRECTIONAL CENTER ET AL       WHITEHURST

### JUDGMENT OF DISMISSAL

Considering the Unopposed Motion for Voluntary Dismissal [Doc. No. 6] filed by Petitioner, Selma Yadira Padilla Mateo ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

MONROE, LOUISIANA, this 24th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE